## MILLER INDUSTRIES CO v ROMAN, et

Ohio Appeals, 8th Dist, Cuyahoga Co
No 10159. Decided March 10, 1930

A. R. Edgerton and Price Janson, both of Cleveland, for Industries Co.

Melville W. Vickery, Cleveland, for Roman, et.

WILLIAMS, J and RICHARDS, J (6th Dist) sitting.

Richards, J., concurs.